IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MORGAN V. PERRY**, *et. al*, | : |
| | : Civil Action No. _____ |
| Plaintiffs | : JUDGE _____ |
| v. | : |
| **KREIGER BEARD SERVICES**, *et. al* | : |
| Defendants. | : |

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above-captioned action. I agree to be represented by Gibson Law, LLC, and Dyer, Garofalo, Mann & Schultz, L.P.A. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand that by filing this consent, I will be bound by the judgment of this Court on all issues in this case.

3/2/17
Date

_____
Signature

MORGAN VINCENT PERRY
Name

14325 OLD COLUMBUS RD
Street Address

SOUTH VIENNA OH 45369
City, State, Zip Code

I hereby verify under penalty of perjury under the laws of the State of Ohio that the foregoing statements are true and correct.

___3/2/17___  
Date

___[signature]___  
Morgan V. Perry