**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| MORGAN PERRY,<br><br>                          Plaintiff,<br>v.<br><br>KRIEGER BEARD SERVICES, LLC, *et al.*,<br><br>                          Defendants. | Case No.: 3:17-cv-00161-TMR<br><br>District Judge Thomas M. Rose |

## ORDER

AND NOW, this 24th day of __July__, 2017, having reviewed Defendants DIRECTV, LLC and DirectSat USA, LLC's Consent Motion to File Documents Under Seal, and for good cause shown, IT IS HEREBY ORDERED and DECREED that Defendants' Motion is **GRANTED**.

IT IS ORDERED that said Defendants may file Exhibits "A" and "B" attached to the Declaration of Colin D. Dougherty in connection with said Defendants' Response in Opposition to Plaintiff's Motion for Conditional Class Certification, Expedited Discovery, and Court-Supervised Notice to Potential Opt-in Plaintiffs, UNDER SEAL.

                                                       BY THE COURT:
                                                       *s/ Thomas M. Rose*
                                                       UNITED STATES DISTRICT JUDGE