UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MORGAN PERRY, *et al.*,

    Plaintiffs,

vs.

KRIEGER BEARD SERVICES, LLC, *et al.*,

    Defendants.

Case No. 3:17-cv-161

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 118); AND (2) DIRECTING THAT THE CLERK ENTER A DEFAULT AGAINST DEFENDANT KRIEGER BEARD SERVICES, LLC**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #118), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #118) is **ADOPTED** in full; and (2) the Clerk **ENTER** a default against Defendant Krieger Beard Services, LLC.

**IT IS SO ORDERED.**

Date: 9/27/19

Thomas M. Rose
United States District Judge