UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MORGAN PERRY, *et al.*,

    Plaintiffs,

vs.

KRIEGER BEARD SERVICES, LLC, *et al.*,

    Defendants.

Case No. 3:17-cv-161

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 127); AND (2) DENYING PLAINTIFF AUNSHAWN HENDERSON'S MOTION FOR DEFAULT JUDGMENT (DOC. 125) WITHOUT PREJUDICE TO REFILE A SUPPLEMENTAL MOTION SUPPORTED BY EVIDENCE OF DAMAGES**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 127), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (doc. 127) in its entirety; and (2) **DENIES** Plaintiff Aunshawn Henderson's motion for default judgment (doc. 125) **WITHOUT PREJUDICE** to refile with evidence supporting his claim for damages.

    **IT IS SO ORDERED.**


Date:  May 10, 2020

\*s/Thomas M. Rose
Thomas M. Rose
United States District Court Judge