UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MORGAN PERRY, *et al.*, for himself and others similarly situated, | : : : | |
| | : | Case No. 3:17-cv-00161 |
| Plaintiffs, | : : | |
| | : | Judge Thomas M. Rose |
| v. | : : | |
| KRIEGER BEARD SERVICES, LLC, *et al.*, | : : | |
| Defendants. | : : | |

---

**ENTRY AND ORDER (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 152); (2) GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS KRIEGER BEARD SERVICES, LLC AND DUSTIN KRIEGER (DOC. 145); AND (3) DIRECTING THAT THE CLERK ENTER JUDGMENT AGAINST DEFENDANTS KRIEGER BEARD SERVICES, LLC AND DUSTIN KRIEGER AS FOLLOWS: PLAINTIFFS ARE AWARDED $346,471.82 IN DAMAGES AND $29,300.00 IN ATTORNEYS' FEES**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 152), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. 152) is **ADOPTED** in full;

2. The Motion for Default Judgment Against Defendants Krieger Beard Services, LLC and Dustin Krieger (Doc. 145), filed by Named Plaintiffs Morgan Perry,

1

Travis Fain, and Brian Fox, and Opt-In Plaintiffs James Adams, Thomas Bertke, Gordon Black, Markale Bolden, Bryan Bradberry, Nigeria Brown, Michael Carpenter, Joseph Cole, Brian Delgado, Charles Fulton, Ken Go, Douglas Griffieth, Jorge Hernandez, Perry Latiker, Alejandro Merlos, Johnny Peebles, Mario Romero, William Ryan, Ryan Salters, Michael Wilson, Monzell Wilson, and Myron Wilson (collectively, "Plaintiffs"), is **GRANTED**; and

3. The Clerk is directed to **ENTER** judgment against Defendants Krieger Beard Services, LLC and Dustin Krieger as follows: Plaintiffs are **AWARDED** $346,471.82 in damages and Plaintiffs' counsel is **AWARDED** $29,300.00 in attorneys' fees.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 18, 2021.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE